PD-0308-15

PD-0308-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/20/2015 4:16:30 PM
Accepted 3/25/2015 9:32:43 AM
ABEL ACOSTA
CLERK

NO. _____

## Court of Appeals No. 02-13-00582-CR

## COURT OF CRIMINAL APPEALS OF TEXAS

| | | |
|---|---|---|
| **BYRIAS ROBERSON** | § | **APPELLANT** |
| **VS.** | § | |
| **THE STATE OF TEXAS** | § | **APPELLEE** |

### APPELLANT'S FIRST MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

COURT OF APPEALS No. 02-13-00582 (Tex. App.—Ft. Worth, *affirmed* January 8, 2015)

TRIAL COURT NO. 58017-E (County Court at Law Number 1, Wichita County)

---

**MAY IT PLEASE THE COURT:**

COMES NOW Byrias Roberson, appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file a petition for discretionary review, pursuant to Rules 68.2(c) and 10.5(b) of the Texas Rules of Appellate Procedure, and for good cause shows the following:

I.

---

The Court of Appeals for the Second District of Texas sitting in Ft. Worth, Texas heard the case of *Byrias Roberson v. State of Texas*, cause number 02-13-00582-CR. The Second Court of Appeals issued an opinion on January 8, 2015 affirming the trial court's decision. Appellant then motioned the Second Court of Appeals for rehearing on January 23, 2015. That motion for rehearing was denied on February 19, 2015. Appellant's petition for discretionary review is due for filing on March 21, 2015.

## II.

Appellant requests a thirty-day (30) extension to file his petition for discretionary review until April 20, 2015. Appellant HAS NOT REQUESTED PREVIOUS EXTENSIONS of time in this matter.

## III.

The reasons for such an extension are as follows:

Counsel for the accused has been involved in the preparation of multiple cases set for trial. Additionally, counsel's current schedule includes various contested and uncontested matters in the district and county courts of Wichita County, Texas. Also,

currently the Wichita Public Defender's Office is understaffed and counsel has had to handle additional cases until a new assistant public defender can begin.

This motion is not made solely for delay but that justice may be done and that the Court allow counsel adequate time to prepare and present a concise, proper and well-researched petition to the Court.

## REQUESTED RELIEF

WHEREFORE, appellant requests the Court assign a number to this case GRANT appellant's motion and that the time to file a petition for discretionary review extend until **April 20, 2015**.

Respectfully submitted,

OFFICE OF THE PUBLIC DEFENDER
WICHITA COUNTY, TEXAS

600 Scott St., Room 204
Wichita Falls, Texas 76301
(940) 766-8199

By: _Mark Briley_____
     MARK BRILEY
     Attorney for Defendant
     State Bar No. 24069418

## CERTIFICATE OF SERVICE

On ___March 20___ 2015, a copy of the foregoing document was served upon opposing counsel by mailing him a copy to Wichita County District Attorney's Office, Attn: Lori Johnston, 900 7th St., Rm. 350, Wichita Falls, Texas 76301

_Mark Briley_
Mark Briley